6/5/2014                    **THURSDAY**                    **Judge Trish M Brown**

11:00 AM        ■ 13-3249  tmb        Papachristopoulos  vs  King
                  13-33284    7

                            **RULING re:**
                            **(1) Motion For Summary Judgment and Supporting Document(s). Filed by**
                            **Defendant Matthew Read King (HENDERSON, NICHOLAS) (30)**
                            **(2) Cross Motion For Summary Judgment and Supporting Document(s). Filed by**
                            **Plaintiff Andreas Papachristopoulos (SCOTT, NATALIE) (60)**
                            Andreas  Papachristopoulos - pla        ADINA  MATASARU
                            Demetrios  Papachristopoulos - pla
                            Andreas  Papachristopoulos - pla        NATALIE C SCOTT
                            Demetrios  Papachristopoulos - pla
                            Matthew Read King - def                 NICHOLAS J HENDERSON
                                                                    TROY  SEXTON

**Evidentiary Hearing:**        Yes: ☐    No: ☒

_For the reasons cited on the record_
_SJ is granted as to all prepetition_
_claims_

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☒ _Mr Henderson_

**OD3 - Dismissal Order**

    #1 _____ Settled _____ (21) days.

    #2 _____ to Prepare Judgment/order _____ (21) days.

    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**

    #1 _____ Planning conf. by ___.___.____ / Conf. Report by ___.___.

    #2 _____ Planning conf. by ___.___.____ / No report.

    #3 _____ Discovery can proceed.

    #4 _____ No planning conf./Initial disclosures by ___.___.____

    #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**